# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

IN RE:   CASE NO.: 1-16-44002-nhl
         CHAPTER 7

Vanessa Donadel
aka Vanessa Andrade
  Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Elizabeth L. Doyaga
Elizabeth L. Doyaga, Esquire
Email: erubino@rasflaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

VANESSA DONADEL AKA VANESSA ANDRADE
33-29, 156TH STREET
FLUSHING , NY  11354

RICHARD J. MCCORD
90 MERRICK AVENUE
EAST MEADOW , NY  11554

VANESSA DONADEL
AKA VANESSA ANDRADE
33-29 156TH STREET
FLUSHING, NY  11354

RICHARD J. MCCORD
90 MERRICK AVENUE
EAST MEADOW,, NY  11554

OFFICE OF THE UNITED STATES TRUSTEE
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Elizabeth L. Doyaga
Elizabeth L. Doyaga, Esquire
Email: erubino@rasflaw.com