# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 6/28/2017 |
| Case: 1−16−44002−nhl | Form ID: 318DI7 | Total: 17 |

**Recipients of Notice of Electronic Filing:**
aty   Richard J McCord   rmccord@certilmanbalin.com

                                                                                                           TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Vanessa Donadel          33−29 156th Street          Flushing, NY 11354
tr          Richard J. McCord          Certilman Balin Adler & Hyman          90 Merrick Avenue          East Meadow, NY 11554
aty         Certilman Balin Adler & Hyman, LLP          90 Merrick Avenue          9th Floor          East Meadow, NY 11554
aty         Richard J. McCord          Certilman Balin Adler & Hyman          90 Merrick Avenue          East Meadow, NY 11554
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
8868501     EASTSIDE HOLDINGS          1040 lST AVENUE # 190          NEW YORK, NY 10022
8938747     Eastside Holdings II, Inc.          c/o Joseph Obermeister − Attorney at Law          136−B Cedarhurst Avenue          Suite #9          Cedarhurst NY 11516
8868502     HSBC BANK/PORTFOLIO RECOVERY          120 CORPORATE BOULEVARD          NORFOLK, VA 23502
9023801     New York State Department of Taxation & Finance          Bankruptcy Section          P O Box 5300          Albany New York 12205−0300
8868503     OCWEN LOAN SERVICING LLC          PO BOX 24737          WEST PALM BEACH, FL 33416
8968035     Synchrony Bank          c/o PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
8868504     WORLD FINANCIAL BANK/PORTFOLIO RECOVERY          120 CORPORATE BOULEVARD          NORFOLK, VA 23502
8871893     Wells Fargo Bank          Robertson, Anshutz, Schneid, P.L.          6409 Congress Avenue., Suite 100          Boca Raton, FL 33487

                                                                                                           TOTAL: 16