| Information to identify the case: | |
|---|---|
| Debtor 1 **Vanessa Donadel** | Social Security number or ITIN **xxx–xx–1550** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | |
| Case number: **1–16–44002–nhl** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: December 4, 2019

**BLfnld7** [Final Decree 7 rev 12/01/15]